IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| SUPER-TEK USA, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 07 C 1184 |
| O'SULLIVAN INDUSTRIES, INC., | ) | |
| Defendant. | ) | |

MEMORANDUM OPINION AND ORDER

After nearly a decade of increasingly sharp criticisms on the subject emanating from our Court of Appeals--ranging from Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998) to Wise v. Wachovia Sec., LLC, 450 F.3d 265, 267 (7th Cir. 2006), with a good many intervening opinions delivering the selfsame message--it is well past time to hold federal practitioners (who should know better) responsible for their irresponsibility. In accordance with this Court's unflagging obligation as described in such cases as Cook v. Winfrey, 141 F.3d 322, 325 (7th Cir. 1998), this action is dismissed for lack of subject matter jurisdiction (the absence of properly alleged diversity of citizenship).

_____
Milton I. Shadur
Senior United States District Judge

Date:  March 5, 2007